UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-1428-JST (PLAx)                              Date:  January 31, 2011
Title:  TSUI PO LEE v. THE HOME DEPOT USA, INC.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                   Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A FINAL PRETRIAL CONFERENCE ORDER**

On October 4, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Proposed Final Pretrial Conference Order no later than eleven (11) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 16.) To date, the Court has not received a Proposed Final Pretrial Conference Order.

Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial document.  No later than February 2, 2011 at 5:00 p.m., counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

Initials of Preparer:  enm